In The
*Court of Appeals*
*Ninth District of Texas at Beaumont*
NO.  09-13-00450-CV

IN RE CHAD ALLEN BELL

**Original Proceeding**

## MEMORANDUM OPINION

In a petition for writ of mandamus, Chad Allen Bell seeks to compel the trial court to vacate its order of September 17, 2013, which denied Bell's motion to disqualify counsel for the real parties in interest, Jeffrey Durham and Pamela Durham. Bell seeks an order from us requiring the trial court to disqualify counsel for the Durhams. The parties dispute whether a disqualification occurs when an associate, who never participated on a case where his employer represented the defendant, accepts employment by another firm that represents the plaintiff. After considering evidence, the trial court concluded that the associate's change of employment did not disqualify the associate's new firm from representing the

Durhams. After reviewing the mandamus petition and record, we conclude relator has not established an abuse of discretion by the trial court. *See In re Guar. Ins. Servs., Inc.*, 343 S.W.3d 130, 133-34 (Tex. 2011); *Henderson v. Floyd*, 891 S.W.2d 252 (Tex. 1995). Accordingly, the petition for writ of mandamus and motion for temporary relief are denied.

PETITION DENIED.

PER CURIAM

Opinion Delivered October 24, 2013
Before McKeithen, C.J., Kreger and Horton, JJ.